THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROBERT M. BAKER, an individual, | NO. 2:24-cv-00198-MJP |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |
| DELTA AIR LINES, INC., a Foreign Corporation, | |
| Defendants. | |

This matter came before the Court on the Parties' Stipulated Motion for Order to Continue Trial Date and Pretrial Deadlines. The Court has reviewed and considered the files and pleadings in this case and finds good cause to grant the parties' joint request for a continuance.

Accordingly, the Court hereby ORDERS that the Stipulated Motion for Order to Continue Trial Date and Pretrial Deadlines is GRANTED.

The Court enters the following revisions to the case schedule.

| EVENT | Current Deadline | Proposed Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **MAY 19, 2025** at 9:00 AM | **DECEMBER 15, 2025** at 9:00 AM |
| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) due | October 21, 2024 | May 23, 2025 |
| All motions related to discovery must be filed by | November 20, 2024 | June 26, 2025 |

ORDER GRANTING STIPULATED MOTION FOR ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES - 1

Krutch Lindell Bingham Jones, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| Deadline to complete discovery | December 20, 2024 | August 4, 2025 |
|---|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by | January 21, 2025 | August 18, 2025 |
| All motions in limine must be filed by | April 14, 2025 | November 10, 2025 |
| Agreed Pretrial Order due | May 6, 2025 | November 24, 2025 |
| Trial briefs, proposed voir dire, and proposed jury instructions due | May 6, 2025 | December 1, 2025 |
| Pretrial Conference | May 8, 2025 at 1:30PM | December 4, 2025 at 1:30 PM |
| Jury Trial Length | 5-7 Days | 5-7 Days |

DATED this 14th day of October, 2024.

_____
Honorable Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION FOR ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES - 2

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: */s/ J. Nathan Bingham*
J. Nathan Bingham, WSBA #46325
James T. Anderson, WSBA #40494
3316 Fuhrman Ave E, Suite 250
Seattle, Washington 98102
Telephone: (206) 682-1505
Fax: (206) 467-1823
Email: jnb@krutchlindell.com
Email: jta@krutchlindell.com

*Attorneys for Plaintiffs*


STOKES LAWRENCE, P.S.

By: *s/ Samantha K. Pitsch*
Samantha K. Pitsch, WSBA #54190
Caryn Geraghty Jorgensen, WSBA #27514
Brett T. MacIntyre, WSBA #46572
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000
Fax: (206) 464-1496
Email: samantha.pitsch@stokeslaw.com
Email: caryn.jorgensen@stokeslaw.com
Email: brett.macintyre@stokeslaw.com

*Attorneys for Defendant Delta Air Lines, Inc.*

ORDER GRANTING STIPULATED MOTION FOR ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES - 3